172 So. 287

Chas. W. LEE, as Comptroller, v. CITY OF DECATUR.

3 Div. 188.

Supreme Court of Alabama.

Jan. 21, 1937.

■

A. A. Carmichael, Atty. Gen., and C. L. Rowe, Asst. Atty. Gen., for appellant.

T. C. Almon and S. A. Lynne, both of Decatur, for appellee.

BOULDIN, Justice.

This is a companion case to 172 So. 284, (3 Div. 191) [1] between the same parties, involving the same subject matter, the same legal questions, and looking to the same relief.

No. 191 was a mandamus proceeding, while this is under the Declaratory Judgment Act. Both were submitted and argued together.

This cause is affirmed on the authority of the decision in 172 So. 284,[1] this day rendered.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

■

172 So. 296

Mothis, alias Mathis, HARVILLE v. STATE.

2 Div. 95.

Supreme Court of Alabama.

Jan. 21, 1937.

■

A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the State.

Pitts & Pitts, of Selma, for respondent.

FOSTER, Justice.

Petition of the State of Alabama, for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Harville v. State, 172 So. 296.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

---

[1] Ante, p. 411.